UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO. 3:15cr79/MCR

WILLIAM J. HEBERT

_____/

**O R D E R**

This matter is before the Court on Defendant's Motion to Terminate Defendant's Supervised Release Term. (*See* ECF No. 3). The Government does not oppose Defendant's request upon the condition that the Defendant first agree to sign a financial restitution agreement with the Financial Litigation Unit (FLU) of the United States Attorney's Office in the Northern District of Florida. (*See* doc. 6). Upon consideration of the supervising probation officer's reports of Defendant's compliance with all conditions of his supervision, and the Government's conditional consent, the Court finds it appropriate to grant Defendant's request for early termination of supervision.

Accordingly, Defendant is hereby discharged from supervised release and the proceedings in this case are terminated.

**SO ORDERED** this 13th day of September, 2016.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT COURT**